No. 12,583.

CONDOS *v.* MARSHALL ET AL.
(293 Pac. 1119)

Decided December 1, 1930.

Judgment affirmed en banc, on application for supersedeas, without written opinion. Mr. Justice Campbell not participating.

Messrs. MORRISSEY, MAHONEY & SCOFIELD, Mr. HAROLD G. KING, for plaintiff in error.

No appearance for defendant in error.

No. 12,725.

COLEMAN *v.* PEOPLE FOR THE USE OF THE TOWN OF HOTCHKISS.
(294 Pac. 1119)

Decided December 15, 1930.

Judgment affirmed en banc, on application for supersedeas, without written opinion.

Messrs. MOYNIHAN, HUGHES & KNOUS, for plaintiff in error.

Messrs. BLAINE & FEIGHNER, for defendant in error.